In the Matter of DAVID BURR, Appellant, v TIMOTHY B. HOWARD, Sheriff of Erie County, Respondent.

Submitted May 14, 2012; decided June 27, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

CENTENNIAL ELEVATOR INDUSTRIES, INC., Respondent, v NINETY-FIVE MADISON CORP., Defendant, and RITA SKLAR, Appellant.

Submitted May 7, 2012; decided June 27, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.